UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE DARROUGH, | ) | 1:08-CV-01671 GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ASSIGN DISTRICT JUDGE |
| v. | ) | |
| | ) | FINDINGS AND RECOMMENDATION |
| | ) | REGARDING PETITIONER'S MOTION FOR |
| DERRAL G. ADAMS, | ) | DISMISSAL |
| | ) | [Doc. #7] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 22, 2008, Petitioner filed the instant petition in the United States District Court for the Northern District of California. By order of the Court dated October 24, 2008, the petition was transferred to the Eastern District.

On January 7, 2009, Petitioner filed a motion to voluntarily dismiss the petition. He states the petition was accidentally mailed to the Federal court when he had intended to file it with the California Supreme Court. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the [Petitioner] without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment,

whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, . . . ." At this time, Respondent has not filed a formal answer to the petition for writ of habeas corpus.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to randomly assign a District Judge to this action.

**RECOMMENDATION**

Accordingly, IT IS HEREBY RECOMMENDED that Petitioner's motion to dismiss be GRANTED and the petition be DISMISSED WITHOUT PREJUDICE to refiling at a later date upon exhaustion of state remedies.

This Findings and Recommendation is submitted to the assigned District Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within ten (10) court days (plus three (3) days for mailing) after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **January 12, 2009**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE